```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 24103
    LAURA FLORES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-9896

---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 12/21/2007 and was not confirmed.

     The case was dismissed without confirmation 02/20/2008.
---------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
---------------------------------------------------------------------------
LIGHTHOUSE FINANCIAL GRO  SECURED NOT I      11643.44         .00          .00
PREMIUM ASSET RECOVERY C  UNSECURED             30.00         .00          .00
CALVARY PORTFOLIO         UNSECURED          NOT FILED        .00          .00
WACHOVIA BANK             UNSECURED          NOT FILED        .00          .00
CRED PROTECTION ASSOCIAT  UNSECURED          NOT FILED        .00          .00
LELAND SCOTT & ASSOC      UNSECURED          NOT FILED        .00          .00
WACHOVIA BANK             UNSECURED           7573.24         .00          .00
WACHOVIA BANK             UNSECURED          NOT FILED        .00          .00
PROFESSIONAL ACCOUNT MGM  UNSECURED          NOT FILED        .00          .00
E R SOLUTIONS INC         UNSECURED             634.77        .00          .00
ARROW SERVICES            UNSECURED          NOT FILED        .00          .00
PARC                      UNSECURED          NOT FILED        .00          .00
UNITED COLLECTION BUREAU  UNSECURED          NOT FILED        .00          .00
PRO SE DEBTOR             DEBTOR ATTY            .00                       .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                     --------------      --------------
TOTALS                     .00                     .00



             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 24103 LAURA FLORES
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 24103 LAURA FLORES